■ JOHN WEIGEL v. CHURCH OF ST. STEPHEN OF HUNGARY.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before January 3, 1961, with notice of argument for the February 1961 Term of this court, said appeal to be argued or submitted when reached. The stay contained in the order to show cause, dated November 17, 1960, is continued pending the hearing and determination of the appeal. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ SAM BERNSTEIN v. BARRY MORELL et al.— Motion for an enlargement of time granted, insofar as to extend the appellants' time to serve and file the record on appeal and appellants' points to and including January 3, 1961, with notice of argument for the February 1961 Term of this court, said appeal to be argued or submitted when reached. The respondent's request for an order vacating the stay contained in the order of this court, entered on November 15, 1960, is denied. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM ROBINSON.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ LAWRENCE WEINSTEIN v. FRIZZIE CORPORATION et al.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before January 5, 1961, with notice of argument for January 17, 1961, said appeal to be argued or submitted when reached. The stay contained in the order to show cause, dated November 23, 1960, is continued pending the hearing and determination of the appeal. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of the Arbitration between UNION NEWS COMPANY, A DIVISION OF THE AMERICAN NEWS COMPANY, INC., and RETAIL DRUG CIGAR SODA LUNCHEONETTE EMPLOYEES UNION, LOCAL 906, AFL-CIO.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before December 22, 1960, with notice of argument for January 3, 1961, said appeal to be argued or submitted when reached. The stay contained in the order to show cause, dated November 23, 1960, is continued pending the hearing and determination of the appeal. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ MARJORIE S. HARTFORD v. G. HUNTINGTON HARTFORD II.— Motion for leave to dispense with printing granted to the extent of dispensing with the printing of the papers on appeal and the points of appellant and respondent and permitting the appeal to be heard upon the original sealed papers now on file in the County Clerk's office, County of New York, and upon typewritten appellant's and respondent's points on condition that one copy of the typewritten points is served upon opposing counsel and six copies thereof are filed with this court, together with the original sealed papers, on or before December 22, 1960, with notice of argument for January 3, 1961, said appeal to be argued or submitted when reached. The papers on appeal and the appellant's and respondent's points are ordered to be sealed and copies of the same shall be made available only to the parties and their counsel. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.